IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>**RICOH AMERICAS CORPORATION,** *et al.*,<br><br>　　　　　　　Defendants. | **Civil Action No. 2:15-cv-1631-JRG-JRP**<br><br>**CONSOLIDATED LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO DISMISS DEFENDANT

Plaintiff Display Technologies, LLC ("Plaintiff"), and Defendant Ricoh Americas Corporation ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing Plaintiff's claims in this action against Defendant WITH PREJUDICE and Defendant's counterclaims WITHOUT PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

DATED March 7, 2016.                    Respectfully submitted,

*/s/ Neal Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kgibbens@nilawfirm.com

**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75251
Tel: (972) 331-4600
Fax: (972) 314-0900

**ATTORNEYS FOR PLAINTIFF DISPLAY TECHNOLOGIES, LLC**

By: */s/ Melissa R. Smith*
Matthew C. Gaudet
(Georgia Bar No. 287789)
John R. Gibson
(Georgia Bar No. 454507)
**DUANE MORRIS, LLP**
1075 Peachtree Street, N.E., Suite 2000
Atlanta, Georgia 30309-3929
Office: (404) 253-6900
E-mail: mcgaudet@duanemorris.com
E-mail: jrgibson@duanemorris.com

Melissa R. Smith
**Gillam &Smith, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Fax: 903-934-9257

                                                   **ATTORNEYS FOR DEFENDANT**
                                                   **RICOH AMERICAS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                 */s/ Neal Massand*
                                                 Neal Massand