# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC § § § v. § § RICOH AMERICAS CORPORATION, *et al.* § § | Case No. 2:15-cv-1631-JRG LEAD CASE |

## JOINT MOTION TO ENTER AGREED DOCKET CONTROL ORDER

Pursuant to the Court's Order dated January 22, 2016 (Dkt. No. 18) and the February 22, 2016 Scheduling Conference, Plaintiff Display Technologies, LLC and Defendant C&A IP Holdings, LLC have met and conferred and hereby request that the Court enter the attached Proposed Agreed Docket Control Order.

DATED March 7, 2016.

Respectfully submitted,

By: */s/ Neal G. Massand*
Hao Ni
Texas Bar No. 24047205
hni@nilawfirm.com
Timothy T. Wang
Texas Bar No. 24067927
twang@nilawfirm.com
Neal G. Massand
Texas Bar No. 24039038
nmassand@nilawfirm.com
Stevenson Moore V
Texas Bar No. 24076573
smoore@nilawfirm.com
Krystal L. McCool
Texas Bar No. 24082185
kgibbens@nilawfirm.com
**Ni, Wang & Massand, PLLC**
8140 Walnut Hill Ln., Ste. 500
Dallas, TX 75231
Telephone: 972.331.4600
Fax: 972.314.0900

**ATTORNEYS FOR PLAINTIFF**
**DISPLAY TECHNOLOGIES, LLC**

By: /s/ Russell E. Levine, P.C.
Russell E. Levine, P.C.
(Illinois Bar No. 6193834)
russell.levine@kirkland.com
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-7425
Fax: (312) 862-2200
Melissa R. Smith
State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT
C&A IP HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of March, 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Neal G. Massand
Neal G. Massand