# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RICOH AMERICAS CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 2:15-cv-1631-JRG-JRP<br><br>CONSOLIDATED LEAD CASE |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant Ricoh Americas Corporation's ("Defendant") (collectively, the "Parties"), Joint Motion to Dismiss Defendant (the "Motion").

The Court, having considered the Parties' Motion, finds that the Motion should be GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims in this action against Defendant are dismissed WITH prejudice.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's claims in this action against Plaintiff are dismissed WITHOUT prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and all attorneys' fees.

**SIGNED this 10th day of March, 2016.**

                                                                                    ROY S. PAYNE
                                                                                   UNITED STATES MAGISTRATE JUDGE