# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>RICOH AMERICAS CORPORATION, *et al.*,<br><br>    Defendants. | Civil Action No. 2:15-cv-1631-JRG-RSP<br><br>CONSOLIDATED LEAD CASE |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Display Technologies, LLC ("Plaintiff") and Defendant C&A IP Holdings, LLC ("Defendant") (collectively, the "Parties"), Joint Motion to Dismiss (the "Motion").

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims in this action against Defendant are dismissed WITH prejudice.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant's claims in this action against Plaintiff are dismissed WITH prejudice.

IT IS FURTHER ORDERED that each party shall bear its own costs, expenses, and all attorneys' fees.

**SIGNED this 26th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE